

RECEIVED
JUN 21 2021
BY MAIL

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION**

Richard Lee Hubbs
By and Through- Krisha
Lockwood- Kevin Ray Barrett 3rd

(Enter above the full name of the Plaintiff in this action. Include prison registration number.)

v.

St. Louis police
officer(s) unknown,
City of St. Louis (St. Louis
City police Dept)

(Enter above the full name of **ALL** Defendant(s) in this action. Fed. R. Civ. P. 10(a) requires that the caption of the complaint include the names of **all** the parties. Merely listing one party and "et al." is insufficient. Please attach additional sheets if necessary.

Case No. _____
(To be assigned by Clerk)

In what capacity are you suing the defendants?

☐ Official
☐ Individual
☒ Both

**PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983**

I. PLACE OF PRESENT CONFINEMENT:

St. Louis County Jail

II. PREVIOUS CIVIL ACTIONS:

A. Have you brought any other civil actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your confinement?

YES [ ]     NO [X]



B. If your answer to "A" is YES, describe the action(s) in the space below. If there is more than one action, you must describe the additional action(s) on a separate piece of paper, using the same format as below.

1. Parties to previous civil action:

Plaintiff: Richard Lee Hubbs By Kevin Ray barrett 3rd and Through Knsha Lockwood —

Defendant(s): ST. Louis police officer(s) Police Dept) unknown, City of ST. Louis (ST Louis City

2. Court where filed: _____

3. Docket or case number: _____

4. Name of Judge: _____

5. Basic claim made: _____

6. Present disposition (Is the case still pending? Is it closed? If closed, was it appealed?): Closed

III. GRIEVANCE PROCEDURES:

A. Is there a prisoner grievance procedure at the institution in which you are incarcerated?

YES [ ]   NO [X]

B. Have you presented this grievance system the facts which are at issue in this complaint?

YES [ ]   NO [X]

-2-

C. If your answer to "B" is YES, what steps did you take: _____

D. If your answer to "B" is NO, explain why you have not used the grievance system:
N/A

IV. PARTIES TO THIS ACTION:

A. Plaintiff

1. Name of Plaintiff: Richard Lee Hubbs
2. Plaintiff's address: 100 S. Central, Clayton MO 63105
3. Registration number: #103174

B. Defendant(s)

1. Name of Defendant: Multiple unknown St. Louis City Police officers.
2. Defendant's address: ST. Louis police Dept.
3. Defendant's employer and job title: ST. Louis City Missouri, ST. Louis police officer(s)
4. Additional Defendant(s) and address(es): (Needs Courts Help with police officers Additional Info Being Requested by This form)

V. COUNSEL

A. Do you have an attorney to represent you in this action?

YES [ ]    NO [X]

B. If your answer to "A" is NO, have you made an effort to contact an attorney to represent you in this matter?

YES [ ]    NO [X]

C. If your answer to "B" is YES, state the name(s) and address(es) of the attorneys you contacted and the results of those efforts:

N/A

D. If your answer to "B" is NO, explain why you have not made such efforts:

Because I'm Incarcerated, With Limited Recourses

E. Have you previously been represented by counsel in a civil action in this Court?

YES [ ]    NO [X]

F. If your answer to "E" is YES, state the attorney's name and address:

N/A

-4-

VI. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. State your claims in numbered paragraphs. You may use additional paper if necessary):

1) On November 20th 2020, At about 9:30 Am I Richard Hubbs Recieved a Telephone Call from Family friend, Stating "Krisha Just shot baby Kevin In The Head, And Then shot Herself, Both Are Dead".

2) I Richard Turned on The T.V., And Confirmed This to be True Through The News channel.

3) I Richard Hubbs, Then walked Into The other Room To Tell Kevin Barrett JR. (Father To Kevin Barrett 3rd) That His childs Mother (Krisha Lockwood) And Son were both Diceased Due To Murder - Suicide as of That Morning.

4) upon Being Made Aware of His Childs Mother (Krisha Lockwood), And Son (Kevin Ray Barrett 3rd) Both Being shot And Killed Due To Murder Suicide, My biological Sibling Kevin Ray Barrett JR. Instantly Suffered severe Mental Anguish To The Extent That He Is Not Mentally Capable of Articulating The Commencement of This Suit - as a Direct Blood Desendant I Richard Lee Hubbs Am

5) I Richard Hubbs Have gathered the following Info and facts from various sources.

6) These sources are from the following..

7) News Media, various news apps, google, police officers on scene, family members, friends of the family.

8) Krisha's grandmother repeatedly called 911 on Nov. 20 2020 at approximately 6:00 - 6:30 Am, or there of early morning hours, Due to "Shots fired" or sounds of a gunshot in the Home.

9) Police stated to news media when they arrived to respond to such call, Krisha Lockwood was acting in a peculiar way, or erratic, And she was in possession of a firearm.

10) Police on scene told news media they backed out of the Residence located on Quincy St, St Louis MO, to secure the scene And call back up Due to Krisha Acting Erratic.

11) Krisha was left in the The Home with the fire Arm. Home was Not cleared or secured.

12) While perimeter was being established A single gun shot was Heard which prompted police officers to go back Inside the Residence

13) As police officers cleared the Home Due to Hearing the gun shot it was discovered both Krisha And her 8 yr. old son Kevin Barrett JR were both mortally wounded Due to gun shot wounds.

14) It was stated to news media it appeared Krisha shot Kevin Barrett JR And then shot Herself.

15) St. Louis City police officers which Can be specifically named through the police report I believe And Am Convinced the police were Deliberately Indifferent to following policy And procedure, And said actions Resulted in the Death(s) of Krisha Lockwood And Kevin Barrett JR Due to the Home Not being secured, on first inspection of 911 call, And Krisha being left in the Home with a fire Arm And Not being Detained even though she was Acting Irrational And Not mentally sure she was Not Detained.

→

16) The premises was NOT searched or checked for dangerous contraband.

17) Police officers backed out the Residence, Leaving Krisha Lockard Acting irrational with a Firearm on her person.

18) Another shot was heard by police who went back into the Residence and then discovered 2 deceased.

VII. **RELIEF**

State briefly and exactly what you want the Court to do for you. Do not make legal arguments. (Note: If you are a **state** prisoner and you seek from this Court relief that affects the length or duration of your imprisonment, your case **must** be filed on a § 2254 form.)

To exact payment in the sum of 20 million dollars (20,000,000.00) from St. Louis City metropolitan police department, And or all persons Involved.

VIII. **MONEY DAMAGES:**

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES ☒    NO ☐

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

(20,000,000.00) 20 million dollars In punitive damages for the Affects on my family, physical & Mental Anguish.

IX. Do you claim that the wrongs alleged in the complaint are continuing to occur at the present time?

YES ☒    NO [ ]

_____        5-27-21
Signature of attorney or pro se Plaintiff        Date

-6-